

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00472-CV

In the Interest of **J.V.** Jr., A.A.V., N.V., S.L.V., M.A.T., E.J.V., J.F.V., Children

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00998
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's memorandum opinion of this date, the trial court's termination order is AFFIRMED.

SIGNED December 9, 2015.

_____
Karen Angelini, Justice